**SO ORDERED.**

**SIGNED this 15th day of November, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| PAINTER, RONNIE CURTIS | xxx-xx-7914 ) | | **ORDER** |
| PAINTER, JOHANNA HOLLAND | xxx-xx-9304 ) | | |
| 202 POWELL WAY | ) | | No:  16-10053   C-13G |
| ARCHDALE, NC 27263 | ) | | |
| | Debtors ) | | |

  This case came before the Court for hearing on November 7, 2017 on the Motion filed by the Debtors for authorization to incur a debt by the male Debtor in the amount of $1,200.00 and a debt by the female Debtor in the amount of $2,000.00 nunc pro tunc and for attorney fees in reference to the Motion.  All necessary parties having been given due notice of the motion and hearing, at the hearing the attorney for the Debtors appeared and the Trustee appeared.

  The Court finds after hearing on the Motion by the Debtors to incur debt by the male Debtor and the female Debtor nunc pro tunc that the Motion should be granted without prejudice to the Trustee to file a motion in reference to modifying the plan to increase plan payment.  The Court further finds the attorney for the Debtor should be allowed a fee in the amount of $250.00 in reference to the motion with the $250.00 fee to be paid through the disbursements by the Trustee; therefore, it is

  ORDERED that the Motion by the Debtors to allow the male Debtor to incur debt in the amount of $1,200.00 and allow the female Debtor to incur debt in the amount of $2,000.00 is granted nunc pro tunc without prejudice to the Trustee to file a motion to modify the plan to increase plan payment; and, it is further,

  ORDERED that the attorney for the Debtors is allowed a fee in the amount of $250.00 in reference to the motion with the $250.00 fee to be paid through the disbursements by the Trustee.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
16-10053 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

WILLIAM P. MILLER,
US BANKRUPTCY ADMINISTRATOR
MIDDLE DISTRICT OF NORTH CAROLINA
101 SOUTH EDGEWORTH ST
GREENSBORO, NC 27401

RONNIE CURTIS PAINTER
202 POWELL WAY
ARCHDALE, NC 27263

JOHANNA HOLLAND PAINTER
202 POWELL WAY
ARCHDALE, NC 27263

B PETER JARVIS ESQ
TENNANT LAW OFFICES PC
10821 N MAIN ST
P O BOX 4585
ARCHDALE, NC 27263